# Third District Court of Appeal

## State of Florida

Opinion filed March 22, 2023.
Not final until disposition of timely filed motion for rehearing.

————————————

No. 3D22-1098
Lower Tribunal No. 18-17515

————————————

**Constantin Neacsu, et al.,**
Appellants,

vs.

**South Florida Water Management District, et al.,**
Appellees.


An Appeal from the Circuit Court for Miami-Dade County, David C. Miller, Judge.

Constantin Neacsu and Mihai Neacsu, in proper persons.

Geraldine Bonzon-Keenan, Miami-Dade County Attorney, and Lauren E. Morse, Assistant County Attorney, for appellee Miami-Dade County; and Robert C. Glass and MaryAnn Braun (West Palm Beach), for appellee South Florida Water Management District.

Before FERNANDEZ, C.J., and LOGUE and HENDON, JJ.

PER CURIAM.

Affirmed.